✓ FILED ___ LODGED
___ RECEIVED ___ COPY
MAR 2 8 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>James Roy Entzminger,<br>Defendant. | No. CR-17-00446-PHX-DGC(DKD)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 657<br>(Credit Union Embezzlement)<br>Count 1<br><br>18 U.S.C. § 1006<br>(Federal Credit Institution Fraud)<br>Counts 2-5<br><br>18 U.S.C. § 1028A<br>(Aggravated Identity Theft)<br>Counts 6-9<br><br>18 U.S.C. § 981(a)(1)(C)<br>18 U.S.C. § 982(a)(1)<br>18 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

THE GRAND JURY CHARGES:

## INTRODUCTION

1. Banner Federal Credit Union ("Banner") is a not-for-profit credit union, federally insured by the National Credit Union Administration ("NCUA"). Banner was chartered in 1957, and it serves more than 8,000 employees of the Banner Health System through several branches within Maricopa County.

2. JAMES ROY ENTZMINGER ("ENTZMINGER") was employed during all times relevant to this Indictment, and through January 7, 2014, as a teller with Banner's Estrella branch. His unique teller identifying number was 042. During his employment Banner staffed the Estrella branch with only one teller at a time.

3. From in or about December 2009 through in or about January 2014, ENTZMINGER, acting in his capacity as a teller at Banner's Estrella branch, took money from Banner in the amount of $526,999.69. He did so by performing unauthorized transactions on member accounts, including the accounts of Andrew C, Lucille H, Florinda L, Enrique and Estrella C, Candace M, Ruth and Edward H, Ana R, Dina and Lon S, Yolanda and Jerry P, Elaine H and Violanda L. ENTZMINGER focused his efforts on certain deposit accounts with infrequent customer activity. The method and means of ENTZMINGER's unauthorized takings and the concealment of his activity included the following:

a. Removing funds for his personal use from member accounts via cash withdrawals.

b. Transferring funds from one member's account to another member's account.

c. Issuing unauthorized official checks from member accounts, forging an endorsement, and cashing the money out of his teller drawer.

d. Posting fictitious deposits to member accounts.

e. Modifying member account settings to change the true residence address to a fictitious residence address to prevent the member from receiving account statements.

**COUNT 1**
**Embezzlement from a Credit Union**
**[18 U.S.C. § 657]**

4. The factual allegations in paragraphs 1–3 above are incorporated by reference as if fully set forth herein.

5. From in or about December 2009 through in or about January 2014, in the District of Arizona, and elsewhere, defendant JAMES ROY ENTZMINGER, an employee of Banner, a credit union authorized under the laws of the United States and insured by the NCUA, and with the intent to injure and defraud, knowingly and willfully embezzled, abstracted, purloined and misapplied money and funds in excess of $1,000.00 belonging to Banner and pledged or otherwise entrusted to its care.

All in violation of Title 18, United States Code, Section 657.

**COUNTS 2-5**
**Federal Credit Institution Fraud**
**[18 U.S.C. § 1006]**

6. The factual allegations in paragraphs 1 through 3 of this Indictment are incorporated by reference and re-alleged as though fully set forth herein.

7. On or about the dates set forth below, and within the District of Arizona, and elsewhere, defendant JAMES ROY ENTZMINGER, an employee of Banner, a credit union authorized under the laws of the United States and insured by the NCUA, and with the intent to injure and defraud Banner, knowingly made the following false entries in Banner's books, reports and statements.

| Count | Date | Account Belonging To | False Entry | To Cover Up |
|---|---|---|---|---|
| 2 | August 22, 2012 | Enrique and Estrella C | Teller Activity Report for Teller 042 reflecting that Enrique C withdrew $1,900 in cash | Forged withdrawal slip |
| 3 | January 10, 2013 | Andrew C | Teller Activity Report for Teller 042 reflecting that Andrew C withdrew $9,000 in cash and wrote $26,000 in checks from his accounts. | Forged withdrawal instructions on an Individual Retirement Account |
| 4 | December 2, 2013 | Dina and Lon S | Teller Activity Report for Teller 042 reflecting that Dina S withdrew $6,000 in cash | False Transaction Receipt |

| | | | | |
|---|---|---|---|---|
| 5 | December 30, 2013 | Ruth and Edward H | Teller Activity Report for Teller 042 reflecting that Ruth H. withdrew $3,000 in cash | False Transaction Receipt |

All in violation of Title 18, United States Code, Section 1006.

**COUNTS 6-9**
**Aggravated Identity Theft**
**[18 U.S.C. § 1028A]**

8. The factual allegations in paragraphs 1–3 and 7 above are incorporated by reference as if fully set forth herein.

9. On or about the dates set forth below, in the District of Arizona, and elsewhere, defendant JAMES ROY ENTZMINGER, during and in relation to the felony violations of Title 18, United States Code, Section 1006 (Federal Credit Institution Fraud) set forth in Counts 2-5 above, knowingly used, without lawful authority, a means of identification of another person, knowing that the means of identification belonged to another actual person. Specifically, ENTZMINGER used names and account numbers, and in one instance a social security number, of credit union accountholders to access and move money from their accounts without authority or other permission.

| **Count** | **Date** | **Account Belonging To** | **Transaction** | **Means of Identification** |
|---|---|---|---|---|
| 6 | August 22, 2012 | Enrique and Estrella C | Withdrawal of $1,900 | Name (Enrique C) and Account Number |
| 7 | January 10, 2013 | Andrew C | Transfer of $35,000 from Individual Retirement Account | Name, Social Security Number, and Account Number |
| 8 | December 2, 2013 | Dina and Lon S | Withdrawal of $6,000 | Name (Dina S) and Account Number |
| 9 | December 30, 2013 | Ruth and Edward H | Withdrawal of $3,000 | Name (Ruth H) and Account Number |

All in violation of Title 18, United States Code, Section 1028A.

**FORFEITURE ALLEGATION**

10. The factual allegations contained in paragraphs 1 through 3 and 7 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1) and Title 28, United States Code, Section 2461(c).

11. Upon conviction of the offense in violation of Title 18, United States Code, Sections 657 and 1006 set forth in Counts 1-5 of this Indictment, JAMES ROY ENTZMINGER shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982, and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offenses, including but not limited to the following property involved and used in the offense: a sum of money equal to at least $526,999.69.

12. If any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been comingled with other property that cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: March 28, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/S/
GARY M. RESTAINO
Assistant U.S. Attorney